# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Moises Rodriguez Sr.          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-10892 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM Trust 2018-R6 Mortgage-Back Notes, Series 2018-R6 and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
06 Jan 2022, 11:29:51, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322