Certificate Number: 17082-PAE-DE-036727759

Bankruptcy Case Number: 20-10892



17082-PAE-DE-036727759

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 1, 2022, at 4:56 o'clock PM MST, MOISES RODRIGUEZ Sr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 2, 2022

By:  /s/Mary J Miller

Name:  Mary J Miller

Title:  Certified Credit Counselor