Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-10892-PMM**

Moises Rodriguez, Sr.
1401 Elliott Ave
Bethlehem  PA    18018-4717

Petition Filed Date: 02/13/2020
341 Hearing Date: 04/14/2020
Confirmation Date: 08/13/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/13/2021 | $315.00 | | 05/13/2021 | $315.00 | | 06/14/2021 | $315.00 | |
| 07/13/2021 | $315.00 | | 08/13/2021 | $315.00 | | 09/14/2021 | $315.00 | |
| 10/14/2021 | $315.00 | | 11/16/2021 | $315.00 | | 12/13/2021 | $315.00 | |
| 01/13/2022 | $315.00 | | 02/15/2022 | $315.00 | | 03/14/2022 | $315.00 | |
| 04/13/2022 | $315.00 | | 05/13/2022 | $315.00 | | 06/13/2022 | $315.00 | |
| 07/13/2022 | $315.00 | | | | | | | |

**Total Receipts for the Period:  $5,040.00  Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $9,135.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $3,210.00 | $3,210.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 001 | Unsecured Creditors | $50.00 | $0.00 | $50.00 |
| 2 | AMERICAN EXPRESS NATIONAL BANK<br>»» 002 | Unsecured Creditors | $8,619.75 | $0.00 | $8,619.75 |
| 3 | NATIONSTAR MORTGAGE LLC<br>»» 003 | Mortgage Arrears | $14,408.05 | $5,144.75 | $9,263.30 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 004 | Unsecured Creditors | $32,327.57 | $0.00 | $32,327.57 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $2,666.83 | $0.00 | $2,666.83 |

**Chapter 13 Case No. 20-10892-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,135.00 | Current Monthly Payment: | $327.00 |
| Paid to Claims: | $8,354.75 | Arrearages: | $312.00 |
| Paid to Trustee: | $780.25 | Total Plan Base: | $19,584.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.