United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-10892-pmm

Moises Rodriguez, Sr.     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2

Date Rcvd: Aug 22, 2022     Form ID: 138OBJ     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Moises Rodriguez, Sr., 1401 Elliott Ave, Bethlehem, PA 18018-4717 |
| 14467224 | | AnnMarie Brown, 1401 Elliott Ave, Bethlehem, PA 18018-4717 |
| 14467228 | + | Milstead & Assoc., 1 E Stow Rd, Marlton, NJ 08053-3118 |
| 14467231 | | St Lukes-Bethlehem Campus, PO Box 5489, Bethlehem, PA 18015-0489 |
| 14479692 | + | U.S. Bank National Assoc., ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170,, DULUTH, GA 30097-8461 |
| 14660256 | + | U.S. Bank National Association, as Trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 22 2022 23:43:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 22 2022 23:43:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14467223 | | Email/PDF: bncnotices@becket-lee.com | Aug 22 2022 23:39:46 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14487385 | | Email/PDF: bncnotices@becket-lee.com | Aug 22 2022 23:39:46 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14467225 | | Email/Text: bnc-capio@quantum3group.com | Aug 22 2022 23:43:00 | Assetcarrelc/capio, 2222 Texoma Pkwy Ste 180, Sherman, TX 75090-2484 |
| 14467226 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 22 2022 23:43:00 | Bank Of America, PO Box 2278, Norfolk, VA 23501-2278 |
| 14467227 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 22 2022 23:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14467229 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 22 2022 23:43:00 | Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 14467230 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2022 23:39:46 | Portfolio Recovery Assoc., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14488757 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2022 23:49:56 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14475434 | | Email/Text: bnc-quantum@quantum3group.com | Aug 22 2022 23:43:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14467232 | | Email/Text: bankruptcy@bbandt.com | Aug 22 2022 23:43:00 | SunTrust Bank, PO Box 85526, Richmond, VA 23285-5526 |
| 14487582 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 22 2022 23:43:00 | U.S. Bank National Association, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Aug 22, 2022 | Form ID: 138OBJ | Total Noticed: 19

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 24, 2022           Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| LYNN E. FELDMAN | on behalf of Debtor Moises Rodriguez Sr. feldmanfiling@rcn.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the CIM Trust 2018-R6 Mortgage-Back Notes, Series 2018-R6 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Moises Rodriguez, Sr.
    Debtor(s)

Case No: 20−10892−pmm
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/22/22

32 − 30
Form 138OBJ